UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLENN G. HUMPHREY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 11-11298-JLT |
| | * | |
| PAUL REVERE LIFE INS. CO., | * | |
| HEIDI R. ALMEIDA, and | * | |
| SCITUATE RAY PRECAST, CORP., | * | |
| | * | |
| Defendants. | * | |

ORDER

October 20, 2011

TAURO, J.

After reviewing the Parties' submissions, this Court hereby orders that Plaintiff's Motion to Remand to State Court [#11] is DENIED. Defendant Paul Revere Insurance Company's Notice of Removal [#1] was filed within thirty days of Defendant Paul Revere Insurance Company's receipt of the Complaint and therefore removal was valid under 28 U.S.C. § 1446(b).[1]

The Court is not ruling on Defendant's Motion to Dismiss [#3] at this time. Plaintiff has until November 10, 2011 to file a motion for leave to amend the complaint to satisfy the pleading requirements of the Employment Retirement Income Security Act of 1974.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge

---

[1] See Garside v. Osco Drug, Inc., 702 F. Supp. 19, 21-22 (D. Mass. 1988).